# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: HORST RESTAURANT PROPERTIES, LP  § Case No. 19-03431
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Markian R Slobodian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $857,659.30

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $92,340.70

---

3) Total gross receipts of $ 950,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $950,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $855,659.30 | $855,659.30 | $855,659.30 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 145,466.05 | 92,340.70 | 92,340.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 100,344.48 | 100,555.39 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,038,808.29 | 302,207.37 | 302,207.37 | 2,000.00 |
| **TOTAL DISBURSEMENTS** | $1,139,152.77 | $1,403,888.11 | $1,250,207.37 | $950,000.00 |

    4) This case was originally filed under Chapter 7 on August 09, 2019. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2021    By: /s/Markian R Slobodian
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate in Palmyra, PA | 1110-000 | 950,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$950,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank | 4110-000 | N/A | 738,669.06 | 738,669.06 | 738,669.06 |
| | Lebanon Co. Tax Claiim Bureau | 4700-000 | N/A | 107,830.28 | 107,830.28 | 107,830.28 |
| | North Londonderry Twp. Authority | 4700-000 | N/A | 9,159.96 | 9,159.96 | 9,159.96 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$855,659.30** | **$855,659.30** | **$855,659.30** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Markian R Slobodian | 2100-000 | N/A | 50,750.00 | 3,871.00 | 3,871.00 |
| Trustee Expenses - Markian R Slobodian | 2200-000 | N/A | 31.90 | 31.90 | 31.90 |
| Attorney for Trustee Fees (Trustee Firm) - Law Offices of Markian R Slobodian | 3110-000 | N/A | 17,690.00 | 11,443.65 | 11,443.65 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - Law Offices of Markian R Slobodian | 3120-000 | N/A | | 260.87 | 260.87 | 260.87 |
| Other - Miller Dixon Drake, PC | 3410-000 | N/A | | 2,500.00 | 2,500.00 | 2,500.00 |
| Other - Lebanon Co. Treasurer/Keystone | 2820-000 | N/A | | 17,020.20 | 17,020.20 | 17,020.20 |
| Other - NAI/CIR | 3510-000 | N/A | | 57,000.00 | 57,000.00 | 57,000.00 |
| Other - Great Road Settlement Services, LLC | 2500-000 | N/A | | 110.00 | 110.00 | 110.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | | 9.72 | 9.72 | 9.72 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | | 34.43 | 34.43 | 34.43 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | | 31.69 | 31.69 | 31.69 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | | 27.24 | 27.24 | 27.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $145,466.05 | $92,340.70 | $92,340.70 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lebanon County Tax Claim Bureau | 5800-000 | 100,344.48 | 100,555.39 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $100,344.48 | $100,555.39 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First Citizens Community Bank | 7100-000 | 1,038,808.29 | 302,207.37 | 302,207.37 | 2,000.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,038,808.29 | $302,207.37 | $302,207.37 | $2,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-03431  
**Case Name:** HORST RESTAURANT PROPERTIES, LP  

**Period Ending:** 04/20/21  

**Trustee:** (580580) Markian R Slobodian  
**Filed (f) or Converted (c):** 08/09/19 (f)  
**§341(a) Meeting Date:** 09/17/19  
**Claims Bar Date:** 05/07/20  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate in Palmyra, PA | 1,600,000.00 | 20,000.00 | | 950,000.00 | FA |
| 1 | Assets  Totals (Excluding unknown values) | **$1,600,000.00** | **$20,000.00** | | **$950,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/17/19 - Trustee will investigate the possible sale of real estate.

10/3/19 - Application for appointment of attorney for trustee filed.

10/3/19 - Application for appointment of NAI/CIR as real estate broker for trustee filed.

10/15/19 - Order approving appointment of attorney for Trustee.

10/15/19 - Order approving appointment of NAI/CIR as real estate broker for trustee.

11/26/19 - 341 meeting continued to this date.  Meeting concluded.

11/26/19 - Trustee will market and sell real estate.

2/5/20 - Asset  Notice filed.

5/7/20 - Claims Bar date.

5/20/20 - Motion to sell real estate filed by Trustee.

5/21/20 - Notice served on all creditors regarding motion to sell real estate.

6/11/20 - Objection deadline regarding motion to sell real estate.

6/15/20 - Affidavit of Realtor regarding good faith purchaser filed by Trustee.

6/17/20 - Order approving sale of Real Estate.

6/23/20 - Hearing on motion to sell real estate.

7/21/20 - Notice of Abandonment of Equipoement filed by R. Chernicoff, Esq. on behalf of Hometown Family Restaurants, Inc.

8/10/20 - Proposed Deed forwarded to J. Miller, Esq. for closing of real estate on 8/14/20.

8/10/20 - Proposed Corporate Resolution of Hometown Family Restaurant, Inc. and Bill of Sale regarding personal property forwarded to R. Chernicoff, Esq. & J. Miller, Esq. regarding closing on sale of real property on 8/14/20.

8/14/20 - Closing held on sale of real estate.

8/18/20 - Email to G. Dixon, CPA requesting quote to prepare 2019 and final 2020 income tax returns.

8/24/20 - W-9 forwarded to Bank via email.

8/24/20 - Report of Sale filed regarding sale of real estate.

9/10/20 - 2019 and final 2020 income tax returns forwarded to taxing authorities.

9/11/20 - Accountant Fee Application filed by Trustee.

10/2/20 - Objection deadline regarding Accountant Fee Application.

10/9/2020 - Order approving fee application of accountant.

10/13/20 - Forwaring check to Miller Dixon Drake, PC for preparation of final income tax returns for bankruptcy estate.

11/9/20 - Deadline for taxing authorities to respond regarding tax due.

12/2/20 - Final fee application of Trustee's counsel filed by Trustee.

12/2/20 - TFR forwarded to US Trustee's office for review.

1/19/21 - Notice of Final Report served on all creditors and filed by Trustee.

2/9/21 - Objection deadline regarding final report.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-03431  **Trustee:** (580580) Markian R Slobodian
**Case Name:** HORST RESTAURANT PROPERTIES, LP  **Filed (f) or Converted (c):** 08/09/19 (f)
 **§341(a) Meeting Date:** 09/17/19
**Period Ending:** 04/20/21  **Claims Bar Date:** 05/07/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

2/16/21 - Distribution Order.

2/17/21 - Distributions made to creditors.

**Initial Projected Date Of Final Report (TFR):** December 15, 2020  **Current Projected Date Of Final Report (TFR):** December 1, 2020 (Actual)

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-03431  
**Case Name:** HORST RESTAURANT PROPERTIES, LP  
**Taxpayer ID #:** **-***3732  
**Period Ending:** 04/20/21  

**Trustee:** Markian R Slobodian (580580)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3420 - Checking Account  
**Blanket Bond:** $6,889,586.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/17/20 | {1} | Great Road Settlement Services, LLC | Trustee Sale Expenses | | 1110-000 | 210.50 | | 210.50 |
| 08/17/20 | | Great Road Settlement Services, LLC | Sale Proceeds | | | 20,000.00 | | 20,210.50 |
| | {1} | Mahagauri Realty, LLC | Gross Sale Proceeds | 950,000.00 | 1110-000 | | | 20,210.50 |
| | | First National Bank | Payment to 1st Mortgage Lienholder | -738,669.06 | 4110-000 | | | 20,210.50 |
| | | Lebanon Co. Tax Claiim Bureau | Delinquent Real Estate Taxes | -107,830.28 | 4700-000 | | | 20,210.50 |
| | | Lebanon Co. Treasurer/Keystone | Current Taxes | -17,020.20 | 2820-000 | | | 20,210.50 |
| | | NAI/CIR | Realtor's Commission | -57,000.00 | 3510-000 | | | 20,210.50 |
| | | Great Road Settlement Services, LLC | Misc. Costs of Sale | -110.00 | 2500-000 | | | 20,210.50 |
| | {1} | Markian R. Slobodian, Trustee | Costs of Sale | -210.50 | 1110-000 | | | 20,210.50 |
| | | North Londonderry Twp. Authority | Municipal Liens | -9,159.96 | 4700-000 | | | 20,210.50 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 9.72 | 20,200.78 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 34.43 | 20,166.35 |
| 10/13/20 | 101 | Miller Dixon Drake, PC | Invoice No. 5322, Preparation of 2019 & 2020 Tax Returns | | 3410-000 | | 2,500.00 | 17,666.35 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 31.69 | 17,634.66 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 27.24 | 17,607.42 |
| 02/17/21 | 102 | Markian R Slobodian | Dividend paid 100.00% on $3,871.00, Trustee Compensation; Reference: | | 2100-000 | | 3,871.00 | 13,736.42 |
| 02/17/21 | 103 | Markian R Slobodian | Dividend paid 100.00% on $31.90, Trustee Expenses; Reference: | | 2200-000 | | 31.90 | 13,704.52 |
| 02/17/21 | 104 | Law Offices of Markian R Slobodian | Dividend paid 100.00% on $11,443.65, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 11,443.65 | 2,260.87 |
| 02/17/21 | 105 | Law Offices of Markian R Slobodian | Dividend paid 100.00% on $260.87, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 260.87 | 2,000.00 |
| 02/17/21 | 106 | First Citizens Community Bank | Dividend paid 0.66% on $302,207.37; Claim# 2; Filed: $302,207.37; Reference: | | 7100-000 | | 2,000.00 | 0.00 |

Subtotals : $20,210.50 $20,210.50

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 19-03431 | | **Trustee:** | Markian R Slobodian (580580) |
| --- | --- | --- | --- | --- |
| **Case Name:** | HORST RESTAURANT PROPERTIES, LP | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******3420 - Checking Account |
| **Taxpayer ID #:** | **-***3732 | | **Blanket Bond:** | $6,889,586.00 (per case limit) |
| **Period Ending:** | 04/20/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 20,210.50 | 20,210.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,210.50 | 20,210.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,210.50 | $20,210.50 | |

```
         Net Receipts :        20,210.50
Plus Gross Adjustments :       929,789.50
                               _____
           Net Estate :       $950,000.00
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # ******3420** | 20,210.50 | 20,210.50 | 0.00 |
| | $20,210.50 | $20,210.50 | $0.00 |

{} Asset reference(s)